United States Court of Appeals
Fifth Circuit

**F I L E D**

June 23, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41147
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RAUL LUCIO-FLORES,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-00-CR-112-1
--------------------

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Raul
Lucio-Flores (Lucio) has moved to withdraw and has filed a brief
in accordance with Anders v. California, 386 U.S. 738 (1967).
Lucio was notified but filed no response.  Our independent review
of the brief and the record discloses no nonfrivolous issue for
appeal.  The motion for leave to withdraw is GRANTED, counsel is
excused from further responsibilities herein, and the appeal is
DISMISSED.  See 5TH CIR. R. 42.2.

-------------------

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.